IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>HILLEL TENDLER, )<br>  )<br>Defendant. )<br>_____ ) | Case No. 1:24-cv-00422-JRR |

**JOINT STATUS REPORT**

In accordance with the Court's Scheduling Order of March 13, 2024 (ECF 14), the Plaintiff United States of America and Defendant Hillel Tendler (collectively, "the Parties") file this Joint Status Report.

The Parties have completed discovery, with the exception of one deposition which they have agreed to take on July 31, 2024, after the end of discovery, due to scheduling conflicts.

The Parties do not request any other changes to the Scheduling Order. The Parties anticipate that they will be filing Cross-Motions for Summary Judgment, with the United States to file the opening motion on August 26, 2024. The parties propose that the United States' opening memorandum be limited to 30 pages; Mr. Tendler's cross-motion and opposition be limited to 45 pages; the United States' reply and opposition be limited to 30 pages; and Mr. Tendler's reply limited to 15 pages (60 pages per side). Briefing is scheduled to be completed by October 7, 2024.

Mr. Tendler has requested a jury trial. The Parties anticipate that a trial would last 4-5 days.

The Parties have scheduled a settlement conference with Magistrate Judge Austin for September 10, 2024, for this matter and the two related cases: *Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. v. United States*, No. 22-cv-2129-EA and *United States v. Neuberger*, No. 22-cv-

2977-EA. The parties discussed settlement in the related matters on August 28, 2023, and August 29, 2023, before this case was filed, but have not discussed settlement in this case.

All parties have not consented to the have a United States Magistrate Judge conduct all further proceedings in this case.

The Parties note that the related case of *United States v. Neuberger*, in which the undersigned counsel are counsel of record, involves the same claims under 31 U.S.C. § 3713 based on the same transactions at issue, but against a different defendant. The parties have fully briefed cross-motions for summary judgment in that matter, which was completed on July 12, 2024.

Dated: July 25, 2024

On behalf of the United States:

DAVID A, HUBBERT
Deputy Assistant Attorney General

*/s/ Ryan O. McMonagle*
RYAN O. MCMONAGLE
KRISTINA M. PORTNER
EMILY K. MCCLURE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-307-1355 (ROM)
202-514-6866 (f)
Ryan.McMonagle@usdoj.gov

On behalf of Hillel Tendler:

*/s/ James P. Ulwick*
James P. Ulwick (Fed. Bar No. 00536)
Kramon & Graham, P.A.
750 East Pratt Street
Suite 1100
Baltimore, MD 21202
(410) 752-6030
(410) 539-1269 (facsimile)
Email: julwick@kg-law.com

Brandon N. Mourges, Bar No. 29477
CREPEAU MOURGES
1344 Ashton Road, Suite 110
Hanover, Maryland 21076
Telephone: 667-900-9912
Fax: 667-999-0202
Email: brandon@usataxlaw.com

It is this 1st day of August 2024 **ORDERED** that the joint briefing schedule set forth herein is hereby **APPROVED**; and it is further **ORDERED** that the parties' request to allocate their briefing page limit to 60 pages per side is hereby **APPROVED.**

/s/
Julie R. Rubin
United States District Judge

2